**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2025-CA-0020

SPI Mini Mart, Inc.

- - Versus - -

Alcoholic Beverage Control Board for the City of Baton
Rouge and Parish of East Baton Rouge

19th Judicial District Court
Case #: 746163
East Baton Rouge Parish

On Application for Rehearing filed on 08/18/2025 by Alcoholic Beverage Control Board for the City of Baton Rouge
and Parish of East Baton Rouge

Rehearing _____ Denied _____

_____
Page McClendon

_____
Walter I. Lanier III

_____
Kelly B. Balfour

Date OCT 2 8 2025

_____
Rodd Naquin, Clerk